**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1230

ANGELA D. CLEMONS,

             Plaintiff - Appellant,

      v.

HOME SAVERS, LLC,

             Defendant - Appellee,

      and

WHITE AND SELKIN,

             Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Tommy E. Miller, Magistrate Judge. (2:07-cv-00244-TEM)

Submitted:  April 4, 2008          Decided:  April 14, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angela D. Clemons, Appellant Pro Se.  Darlene Paige Bradberry, Randolph Courtland DuVall, BREEDEN, SALB, BEASLEY & DUVALL, PLC, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela D. Clemons appeals the magistrate judge's order granting summary judgment to Home Savers, LLC, and dismissing her complaint alleging several torts and violations of state and federal law with respect to the sale of her home.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>See Clemons v. Home Savers, LLC</u>, 530 F. Supp. 2d 803 (E.D. Va. 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

- 3 -